UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher Taylor,

                Plaintiff,

-against-

Denis McGlynn et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2022

1:21-cv-10572 (AJN) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

This case has been assigned to me for general pretrial management. (ECF No. 3.) The parties (or, if no defendants have appeared in the case, only the plaintiff) shall appear for a Telephone Conference on Thursday, March 17, 2022 at 11:00 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:     New York, New York
                March 11, 2022

                                              /s/ Stewart D. Aaron
                                              STEWART D. AARON
                                              United States Magistrate Judge